# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**SHENEKA SASSER,** *et al.*                    **PLAINTIFFS**

v.                    **No. 3:19-cv-195-DPM**

**FOWLER FOODS, INC.; SOUTHWEST
ARKANSAS FOODS, INC.; and
CHRIS FOWLER**                    **DEFENDANTS**

## ORDER

I recuse. I've been friends with the Fowler family for many years. Therefore, my impartiality could reasonably be questioned. 28 U.S.C. § 455. The Clerk must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 July 2019